IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20824
Summary Calendar
_____

DONALD RAY FRENCH,

Plaintiff-Appellant,

versus

TOMMY THOMAS; GARY JOHNSON,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of
USDC No. H-97-CV-2898
- - - - - - - - - -
August 20, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Donald Ray French (TDCJ #720074) appeals the district court's order dismissing his civil rights complaint based on a sanction order imposed by a sister court. French makes no challenge to the court's basis for dismissal, however, arguing only that the three-strikes provision of the PLRA is inapplicable to petitions for habeas corpus. Because French fails to make any argument pertinent to an issue before this court, the judgment of the district court is AFFIRMED. See Yohey v. Collins, 985 F.2d

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

222, 225 (5th Cir. 1993).  French's motion to vacate his conviction is DENIED.

AFFIRMED; MOTION DENIED.